IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACUITY, : | |
| A MUTUAL INSURANCE COMPANY, : | |
|     Plaintiff, : | |
| : | |
|     v. : | Civil No. 5:20-cv-06414-JMG |
| : | |
| STONE HAVEN SERVICES, LLC, : | |
|     Defendant. : | |

**ORDER**

**AND NOW**, this 23rd day of December, 2021, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 23) and Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 25), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion is **GRANTED** with respect to Defendant's counterclaim of bad faith. Judgment is **ENTERED** in favor of Plaintiff and against Defendant on that counterclaim.

2. In all other respects, Plaintiff's motion is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge